UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

750 JEFFERSON AVENUE LLC,                 Case No. 09-14451-BKC-RAM
                                          Chapter 7
            Debtor.
_____/

## SUMMARY OF FINAL FEE APPLICATION
## OF MARCUM LLP AS ACCOUNTANTS FOR CHAPTER 7 TRUSTEE

1. Name of applicant: ...........................................................................................Marcum, LLP
2. Role of applicant: ...............................................................................Accountants for Trustee
3. Name of certifying professional: ...............................................................Barry E. Mukamal
4. Date case filed: ................................................................................................March 16, 2009
5. Date case converted: ..........................................................................................July 17, 2009
6. Date of application for employment: ...........................................................October 15, 2009
7. Date of order approving employment: .........................................................October 15, 2009
8. If debtor's counsel, date of Disclosure of Compensation form:......................................N/A
9. Date of this application: ...................................................................................June 24, 2013
10. Dates of services covered: ..................................................................... 02/14/12 – 06/17/13
10a. Total cash on hand (approximately): .............................................................$266,880.78
        Fees...
11. Total fee requested for this period (from Exhibit 1): ..............................................$6,546.00
12. Balance remaining in fee retainer account, not yet awarded:........................................$0.00
13. Fees paid or advanced for this period, by other sources: ..............................................$0.00
14. **Net amount of fee requested for this period: .........................................................$6,546.00**
        Expenses...
15. Total expense reimbursement requested for this period:...............................................$0.00
16. Balance remaining in expense retainer account, not yet received:................................$0.00
17. Expenses paid or advanced for this period, by other sources:.......................................$0.00
18. **Net amount of expense reimbursements requested for this period: ........................$0.00**
19. Gross award requested for this period (#11 + #15):..............................................$6,546.00
20. **Net award requested for this period (#14 + #18):...............................................$6,546.00**
21. Amounts of net awards requested in interim applications
    but <u>not previously awarded</u> (Total from History of Fees
    and Expenses, following pages):............................................................................$2,695.70
22. **Total fee and expense award requested (#20 + #21): ..........................................$9,241.70**

## History of Fees and Expenses

<u>First Interim Fee Application</u>

1. Dates, sources, and amounts of retainers received: .............................................................. N/A
2. Dates, sources, and amounts of third party payments received: ........................................... N/A
3. Interim Fee Application dates of service ............................................... 08/31/2010-11/07/2011
4. Date of award ........................................................................................... December 19, 2011
5. Fees requested from Interim Fee Application: ........................................................ $13,478.50
6. Fees awarded: ......................................................................................................... $10,782.80
7. Holdback: ................................................................................................................. $2,695.70
8. Expenses requested from Interim Fee Application: ....................................................... $30.90
9. Expenses awarded: ......................................................................................................... $30.90
10. Holdback: ........................................................................................................................ $0.00
11. Amount of fees actually paid: ............................................................................... $10,782.80
12. Amount of expenses actually paid: ................................................................................ $30.90

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

750 JEFFERSON AVENUE LLC,     Case No. 09-14451-BKC-RAM
                               Chapter 7
        Debtor.
_____/

**FINAL FEE APPLICATION
OF MARCUM LLP AS ACCOUNTANTS FOR CHAPTER 7 TRUSTEE**

    COMES NOW BARRY E. MUKAMAL, of Marcum LLP, ("Marcum") and files this Final Application for Compensation of fees for services rendered and costs incurred in this Chapter 7 proceeding. This application is filed pursuant to 11 U.S.C. subsection 330 and Rule 2016, Federal Rules of Bankruptcy Procedure, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B). The exhibits attached to this application, pursuant to the Guidelines, are: Exhibits "1-A" and "1-B" – Summary of Professional and Paraprofessional Time. Exhibit "3" – The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

    The applicant believes that the requested fee of **$6,546.00** for **27.70** hours worked is reasonable considering the twelve factors enumerated in <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by <u>In re First Colonial Corp. of America</u>, 544 F.2d 1291 (5th Cir. 1977), as follows:

    1.    Barry E. Mukamal and MarcumRachlin were appointed to represent Joel L. Tabas, Chapter 7 Trustee, in connection with this case pursuant to an order entered by this Court on October 15, 2009. The services rendered on behalf of the Trustee have been performed by

Marc Breslow and Donald Butler, Partners; John Heller and Cheryl Rawson, Senior Managers; David Arbeit and Kathy Foster, Managers; Jaime Angarita, Supervisor; Christina Blanco and Kevin Singh, Staff Accountants; Lisa Owens and Janet Pritchard, Associates; and Janice Murray, Paraprofessional.

2. The Applicant makes this Application for final compensation for professional services rendered in accordance with the above-mentioned employment. This application covers fees for services performed from February 14, 2012 through June 17, 2013. All services for which compensation is requested were performed for the benefit of the Debtor's Estate.

3. No compensation has been or will be shared with any person or party, other than among principals, regular associates, or entities controlled by principals or regular associates of the Applicant. No agreement or understanding exists between Applicant and any other person for the sharing of compensation received or to be received for services rendered or in connection with this case.

## CASE STATUS

This case commenced as a Chapter 11 proceeding on March 16, 2009. On July 17, 2009, the case was converted to a case under Chapter 7 and Joel L. Tabas was appointed as Chapter 7 Trustee. On October 15, 2009, this Court entered an order approving Marcum (formerly MarcumRachlin, a division of Marcum LLP) as Accountants for the Trustee. During the Application Period, Marcum primarily performed various tasks essential to the administration of the Debtor's bankruptcy case, categorized and described as follows:

Tax Issues

The Applicant has rendered **22.60** hours amounting to **$5,719.50** in connection with review of IRS 941 notices and responses thereto; preparation of the 2011 Form 1065 and preparation of the 2012 Form1065.

Fee Application

The Applicant has rendered **5.10** hours amounting to **$826.50** in connection with the preparation, supervision, and review of this fee application.

The foregoing description of the services rendered by Marcum to the Trustee together with the more detailed description of time expended and services set forth in the attached Exhibit 3 describe the nature and extent of the professional services rendered by Marcum to the Trustee for the benefit of the bankruptcy estate during the Application Period.

The hourly rates charged by Marcum reflect standard charges billed by Marcum to its clients in other bankruptcy and commercial cases. These schedules have been confirmed and approved in other bankruptcy matters in which Marcum has been involved.

Marcum maintains contemporaneous daily time records for each member of the accounting team, setting forth specific dates, services rendered, and time expended. An itemized listing of the time spent and services rendered by Marcum's accountants and paraprofessionals working on the above-captioned case is included in Exhibit 3. These recitals, however, constitute only a capsule description of the work performed and it must be recognized that a mere reading of the Application and time breakdowns annexed hereto cannot completely reflect the full range of services rendered by Marcum and the complexity of the issues and pressures of time and performance which have been present in this case.

Marcum has not entered into any agreement to fix a fee and will not in any form or guise share or agree to share its compensation for services with any person or share or agree to share the compensation of any person rendering services in this proceeding or in connection with such proceeding. The time and labor required to support the services rendered are detailed in the attached schedules, which are based on contemporaneous time reports.

The fees charged in this case are the same as the fees customarily charged in other bankruptcy cases, are fixed rather than contingent, and are believed to be fully warranted by the results which are a matter of record in these proceedings.

WHEREFORE, the Applicant moves the court for an award of compensation for services rendered as accountant to the Trustee for the period of time from February 14, 2012 through June 17, 2013, in the amount of the total fees of **$6,546.00**, plus holdbacks in the amount of **$2,695.70** and further that the Court authorize the prompt payment of the total fees and costs of **$9,241.70** to Applicant upon entry of an appropriate Order.

## CERTIFICATION

1. I have been designated by Marcum LLP (the "Applicant"), as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the Application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the

actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

     5.    In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

     6.    The trustee (if any), the examiner (if any), the chairperson of each official committee (if any), the debtor, the U.S. Trustee, and their respective counsel, will be served, simultaneously with the filing of the Application with the Court, a complete copy of the Application (including all relevant exhibits).

     7.    The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: <u>None</u>


DATE:        June 24, 2013

                                        Marcum LLP
                                        Accountants for the Trustee
                                        One Southeast Third Avenue
                                        10th Floor
                                        Miami, Florida 33131
                                        (305) 995-9600


                                        ____/s/ Barry E. Mukamal____
                                        Barry E. Mukamal, C.P.A.


**09-14451-RAM Notice will be electronically mailed to:**

Magda Abdo-Gomez on behalf of Defendant South Florida Yachts - South, Inc. d/ba/ Florida Yachts Intermational
mabdoatty82@bellsouth.net

Eric N Assouline on behalf of Creditor Harding Investments, LLC
ena@assoulineberlowe.com, ah@assoulineberlowe.com

Scott N Brown on behalf of Plaintiff Joel Tabas
sbrown@tabasfreedman.com, diane@tabasfreedman.com

Ileana Cruz-Bongini on behalf of Creditor Alton Michigan LLC
icruz@stearnsweaver.com, jmartinez@stearnsweaver.com;mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com

Brian S Dervishi on behalf of Interested Party Andrew Bolnick
brian.dervishi@wdbn.net

Luis Fernandez on behalf of Defendant South Florida Yachts - South, Inc. d/ba/ Florida Yachts Intermational
lfernandezlaw@aol.com

Jacqueline E Ferris on behalf of Creditor Hammock Homes, LLC
jferris@burr.com, echaves@burr.com,greid@burr.com

Gary M Freedman on behalf of Trustee Joel Tabas
gfreedman@tabasfreedman.com, jackie@tabasfreedman.com;lise@tabasfreedman.com

Robert N Gilbert on behalf of Creditor Stewart Title Guaranty Company
rgilbert@carltonfields.com, kdemar@carltonfields.com;wpbecf@cfdom.net

Andrea S. Hartley on behalf of Defendant BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP
andrea.hartley@akerman.com

Robert C Meyer on behalf of Creditor Metropolitan Mortgage Company
meyerrobertc@cs.com, taniaslaw@yahoo.com;rcmeyer@gmail.com

Miami-Dade County Tax Collector
mdtcbkc@miamidade.gov

James B Miller on behalf of Debtor 750 Jefferson Avenue LLC
bkcmiami@gmail.com

Barry E Mukamal
bankruptcy@marcumllp.com, FL64@ecfcbis.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Paul L. Orshan on behalf of Creditor College Health II GP, Inc.
paul@orshanpa.com, maria@orshanpa.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

H Bradley Staggs on behalf of Creditor Colonial Pacific Leasing Corporation, as successor in interest to CitiCapital Commercial Corporation
bstaggs@bushross.com, ebishop@bushross.com

Joel L Tabas
JLT@tfsmlaw.com, jtabas@ecf.epiqsystems.com;nancy@tfsmlaw.com;scott@tfsmlaw.com


**09-14451-RAM Notice will not be electronically mailed to:**

Scott N Brown
Tabas, Freedman, Soloff, Miller & Brown,
14 NE First Ave PH
Miami, FL 33132

Colonial Bank, as successor by merger to Commercial Bank of Florida
c/o Andrew D. McNamee
c/o Harold D. Moorefield
Stearns Weaver Miller, et al.
150 W. Flagler Street, #2200
Miami, FL 33134

Thomas R Lehman on behalf of Interested Party Ciro Campagnoli
1441 Brickell Ave 15 Floor
Miami, FL 33131

Miami-Dade County Tax Collector (Saravia)
140 W Flagler St # 1403
Miami, FL 33130

Ivor Rose
c/o Mark Gunderson
2510 SW 18 St
Fort Lauderdale, FL 33312

Steven E Seward on behalf of Interested Party Andrew Bolnick
1 SE 3 Ave # 1980
Miami, FL 33131

EXHIBIT 1A

Summary of Professional And
Paraprofessional Time

| **Partners** Name: | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Marc Breslow | 0.4 | 325.00 | 130.00 |
| Marc Breslow | 0.7 | 350.00 | 245.00 |
| Donald Butler | 0.5 | 350.00 | 175.00 |
| **Subtotals:** | **1.6** | | **550.00** |

| **Professionals** Name: | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Jaime Angarita | 1.1 | 190.00 | 209.00 |
| David Arbeit | 4.5 | 250.00 | 1,125.00 |
| David Arbeit | 4.4 | 265.00 | 1,166.00 |
| Christina Blanco | 1.2 | 200.00 | 240.00 |
| Kathy Foster | 6.6 | 250.00 | 1,650.00 |
| John Heller | 3.1 | 305.00 | 945.50 |
| Lisa Owens | 0.3 | 125.00 | 37.50 |
| Lisa Owens | 0.5 | 130.00 | 65.00 |
| Cheryl Rawson | 0.3 | 265.00 | 79.50 |
| Janet Pritchard | 2.2 | 105.00 | 231.00 |
| Kevin Singh | 1.5 | 145.00 | 217.50 |
| **Subtotals:** | **25.7** | | **5,966.00** |

| **Paraprofessionals** Name: | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Janice Murray | 0.4 | 75.00 | 30.00 |
| **Subtotals:** | **0.4** | | **30.00** |
| **TOTALS:** | **27.7** | | **$ 6,546.00** |

| | | |
|---|---|---|
| **Total Hours by Professionals and Paraprofessionals:** | | **27.70** |
| **"Blended" Hourly Rate:** | | **$ 236.32** |
| **Total Professionals and Paraprofessionals Fees:** | | **$ 6,546.00** |

EXHIBIT 1B

Summary of Professional And
Paraprofessional Time By
Activity Code Category

**ACTIVITY CODE CATEGORY:  Tax Issues**

|  | **Hours** | **Rate** | **Total Fee** |
|---|---:|---:|---:|
| **Partners:** | | | |
| Marc Breslow | 0.4 | 325.00 | 130.00 |
| Donald Butler | 0.5 | 350.00 | 175.00 |
| **Professionals:** | | | |
| Jaime Angarita | 0.4 | 190.00 | 76.00 |
| David Arbeit | 4.5 | 250.00 | 1,125.00 |
| David Arbeit | 4.4 | 265.00 | 1,166.00 |
| Christina Blanco | 1.2 | 200.00 | 240.00 |
| Kathy Foster | 6.6 | 250.00 | 1,650.00 |
| John Heller | 3.1 | 305.00 | 945.50 |
| Lisa Owens | 0.3 | 125.00 | 37.50 |
| Lisa Owens | 0.5 | 130.00 | 65.00 |
| Cheryl Rawson | 0.3 | 265.00 | 79.50 |
| **Paraprofessionals:** | | | |
| Janice Murray | 0.4 | 75.00 | 30.00 |
| **MATTER TOTALS:** | **22.6** | | **5,719.50** |

**ACTIVITY CODE CATEGORY:  Fee Application**

|  | **Hours** | **Rate** | **Total Fee** |
|---|---:|---:|---:|
| **Partners:** | | | |
| Marc Breslow | 0.7 | 350.00 | 245.00 |
| **Professionals:** | | | |
| Jaime Angarita | 0.7 | 190.00 | 133.00 |
| Janet Pritchard | 2.2 | 105.00 | 231.00 |
| Kevin Singh | 1.5 | 145.00 | 217.50 |
| **MATTER TOTALS:** | **5.1** | | **826.50** |
| **TOTALS:** | **27.7** | | **$ 6,546.00** |

EXHIBIT 3
The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| Category | Staff | Date | Time | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Fee Applications | Breslow | 06/03/13 | 0.7 | 350.00 | 245.00 | Teleconference with S. Brown, Esq. to discuss status of case and fee application needed from Marcum; Time includes assembling information needed to prepare application and meet with Staff regarding same. |
| Fee Applications | Angarita | 06/03/13 | 0.7 | 190.00 | 133.00 | Fee Application. |
| Fee Applications | Pritchard | 06/04/13 | 2.2 | 105.00 | 231.00 | Prepare Second Interim Fee Application and Exhibits thereto. |
| Fee Applications | Singh | 06/17/13 | 1.5 | 145.00 | 217.50 | Finalize Fee Application. |
| **Category Subtotal** | | | **5.1** | | **826.50** | |
| Tax Issues | Owens | 02/14/12 | 0.3 | 125.00 | 37.50 | Prepare Extension |
| Tax Issues | Foster | 03/06/12 | 0.1 | 250.00 | 25.00 | Review Tabas list of tax clients and request Forms 1 & 2 |
| Tax Issues | Arbeit | 03/23/12 | 0.5 | 250.00 | 125.00 | Review and respond to e-mail from J. Angarita regarding non-filing of Forms 941. |
| Tax Issues | Angarita | 03/26/12 | 0.4 | 190.00 | 76.00 | Tax issues, discuss w D. Arbeit |
| Tax Issues | Breslow | 03/26/12 | 0.2 | 325.00 | 65.00 | Review D. Arbeit's email regarding payroll tax issues and then meet with Mr. Arbeit regarding same. |
| Tax Issues | Arbeit | 03/26/12 | 1.4 | 250.00 | 350.00 | Discuss IRS 941 Notices with J. Angarita. Review Form 1 & 2 and other documents regarding history of case and employee wages and payroll taxes. Review IRS POC's. Telephone conference with K. Valcarcel regarding same. Prepare e-mail with findings. |
| Tax Issues | Arbeit | 04/10/12 | 0.7 | 250.00 | 175.00 | Various e-mails with K. Valcarcel & S. Brown regarding IRS notices. Telephone conference with M. M , Receiver Counsel and K. Cruz, Property Mgr. regarding same. Advise M. Breslow. |
| Tax Issues | Arbeit | 04/16/12 | 0.2 | 250.00 | 50.00 | Review and reply to e-mail from M. Breslow re: IRS 941 Notices. Telephone call to Receiver's counsel regarding same. |
| Tax Issues | Arbeit | 04/27/12 | 1.2 | 250.00 | 300.00 | Preparation of response to IRS notice regarding Form 941's not filed. |
| Tax Issues | Breslow | 04/30/12 | 0.2 | 325.00 | 65.00 | Review response prepared regarding payroll tax issues and meet with D. Arbeit to discuss revisions needed. |
| Tax Issues | Arbeit | 05/03/12 | 0.5 | 250.00 | 125.00 | Prepare e-mail to K. Borrego, Trustee assistant. with completed response to IRS request for Form 941. |
| Tax Issues | Arbeit | 09/06/12 | 0.6 | 265.00 | 159.00 | Review Form 1 & 2 and research Motions and Orders on Pacer. |
| Tax Issues | Arbeit | 09/09/12 | 3.8 | 265.00 | 1,007.00 | Preparation of 2011 Tax return and forward to Tax Department for review. |
| Tax Issues | Blanco | 09/10/12 | 0.8 | 200.00 | 160.00 | Review tax return |
| Tax Issues | Butler | 09/11/12 | 0.3 | 350.00 | 105.00 | Tax Review |
| Tax Issues | Butler | 09/11/12 | 0.2 | 350.00 | 70.00 | Meeting with Cristina regarding presentation issue |
| Tax Issues | Blanco | 09/11/12 | 0.4 | 200.00 | 80.00 | Work on tax return |

EXHIBIT 3
The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| | | | | | | |
|---|---|---|---|---|---|---|
| Tax Issues | Foster | 01/02/13 | 0.4 | 250.00 | 100.00 | Per MA request, review status of tax filings, pull tax return data from GFR and save in S: client file, email to MA with status and information needed to complete filings |
| Tax Issues | Foster | 01/03/13 | 0.2 | 250.00 | 50.00 | Discuss tax status w/MA and note on control |
| Tax Issues | Foster | 01/30/13 | 0.1 | 250.00 | 25.00 | Telephone call w/Krystle Borrego to verify that she will prepare 2012 1099's; request 2012 Forms 1 & 2 |
| Tax Issues | Foster | 02/08/13 | 0.1 | 250.00 | 25.00 | Discuss/plan tax filings with MA |
| Tax Issues | Foster | 02/09/13 | 0.5 | 250.00 | 125.00 | Print PY tax returns and current Forms 1 & 2, review; open Debtor QB files 2009 and review, follow-up w/MA re: final professional fees |
| Tax Issues | Foster | 02/13/13 | 1.3 | 250.00 | 325.00 | Input 2012 tax data from summary and review; hold for final professional fees |
| Tax Issues | Foster | 02/13/13 | 2.0 | 250.00 | 500.00 | Summarize Form 2 activity 2009-2012; reconcile with tax returns filed/not filed 2009-2012; pull Marcum holdback & WIP, calculate Trustee fee, follow-up on final prof'l fees w/KB, calculate 2012 income/(loss) |
| Tax Issues | Heller | 02/14/13 | 0.8 | 305.00 | 244.00 | Begin planning 2012 income tax preparation with Kathy Foster. |
| Tax Issues | Foster | 02/25/13 | 1.7 | 250.00 | 425.00 | Finalize 2012 Form 1065 per information from Trustee; prepare letters & supplemental statement, to CR for review |
| Tax Issues | Heller | 02/26/13 | 1.5 | 305.00 | 457.50 | Manager review of 12/31/2012 US. Income Tax Return and applicable requests for prompt determination of tax liability under §505(b). |
| Tax Issues | Rawson | 02/26/13 | 0.3 | 265.00 | 79.50 | Review tax return |
| Tax Issues | Murray | 02/27/13 | 0.4 | 75.00 | 30.00 | Collation/Assembly-2012 1065 Tax Return |
| Tax Issues | Heller | 02/28/13 | 0.8 | 305.00 | 244.00 | Execution and final review of 12/31/2012 US Income Tax Return |
| Tax Issues | Owens | 03/26/13 | 0.2 | 130.00 | 26.00 | Beach Hotel - Review scan of tax workpapers for correctness, copy to client file from GoFileRoom. |
| Tax Issues | Owens | 03/26/13 | 0.3 | 130.00 | 39.00 | Michael Stern - Review scan of tax workpapers for correctness, copy to client file from GoFileRoom. |
| Tax Issues | Foster | 03/29/13 | 0.1 | 250.00 | 25.00 | Prepare federal extension 2012 |
| Tax Issues | Foster | 04/23/13 | 0.1 | 250.00 | 25.00 | Review IRS response to prompt determination request re: 2012 return; advise MB, save in 2012 tax files |
| **Category Subtotal** | | | **22.6** | | **5,719.50** | |
| **Total Fees:** | | | **27.7** | | **$ 6,546.00** | |
| **TOTAL FEES AND EXPENSES:** | | | | | **$ 6,546.00** | |