**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 09-14451 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | 750 JEFFERSON AVENUE LLC | | | Date Filed (f) or Converted (c): | 07/17/09 (c) |
| | | | | 341(a) Meeting Date: | 08/21/09 |
| For Period Ending: | 09/30/13 | (5th reporting period for this case) | | Claims Bar Date: | 11/19/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Alton Road Properties<br>Final Order (1) Approving Auction Sale of Real Property Free and Clear of Liens, Claims and Encumbrances (2) Authorizing Certain Payments and (3) Granting Other Relief. (Re: 174 Order on Application to Employ, Order on Motion for Sale of Property). (Rios, Amber) (Entered: 12/15/2009) (D.E. #189); Report of Auction Filed by Trustee Joel L Tabas, 12/17/09 (D.E. 191) | 20,000,000.00 | 135,000.00 | | 6,200,000.00 | FA |
| 2. Cash on hand (Custodian) | 28,000.00 | 0.00 | | 0.00 | FA |
| 3. Security Deposits (tenants) | 10,000.00 | 0.00 | | 0.00 | FA |
| 4. chose in acation against Colonial Bank counterclai | 0.00 | 0.00 | | 0.00 | FA |
| 5. floor insurance claims | 100,000.00 | 0.00 | | 0.00 | FA |
| 6. Alton Michigan Settlement (u)<br>Order Granting Motion To Compromise Controversy, 11/11/2009 (D.E. #178) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 76.27 | FA |
| 8. Balance in account (u) | 546.06 | 546.06 | | 546.06 | FA |
| 9. Hop A Jet Worldwide Jet Charter, Inc. (u)<br>Order Granting Motion to Approve Stipulation to Compromise | 0.00 | 12,750.00 | | 12,750.00 | FA |

LFORM1  Ver: 17.03a

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 09-14451 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | 750 JEFFERSON AVENUE LLC | | | Date Filed (f) or Converted (c): | 07/17/09 (c) |
| | | | | 341(a) Meeting Date: | 08/21/09 |
| | | | | Claims Bar Date: | 11/19/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Controversy and Mutual General Between Trustee and Hop A Jet Worldwide Jet Charter, Inc., 6/9/11 (D.E. 263) | | | | | |
| 10. Harding Investments settlement (u)<br>Order Granting Motion to Approve Stipulation to Compromise Controversy, 9/27/11 (ECF 271) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 11. American Express settlement (u)<br>Order Granting Motion to Approve Stipulation to Compromise Controversy, 9/27/11 (ECF 272) | 0.00 | 40,000.00 | | 40,000.00 | FA |
| 12. Bank Of America, N.A. (u)<br>Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy Subject of Adv Proc 11-1810-BKC-RAM-A and Mutual General Release Between Trustee and Bank of America, N.A., 6/5/12 (ECF 295) | 0.00 | 250,000.00 | | 250,000.00 | FA |
| 13. Potential Claim Against Raijman Entities (u)<br>Order Granting Motion to Approve Stipulation to Compromise Controversy and Mutual General Release Between Trustee and (A) Private Mortgage Services, (B) Metropolitan Mortgage Company, (C) Michigan Equity Fund, LLC, (D) Cavalier Mortgage Copr., and (E) Raijman Realty, Inc., 6/4/13 (ECF 310) | 0.00 | 40,000.00 | | 40,000.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $20,138,546.06 | $493,296.06 | | $6,558,372.33 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1

Ver: 17.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| | | |
|---|---|---|
| Case No: | 09-14451    RAM    Judge: ROBERT A. MARK | Trustee Name:    JOEL L. TABAS, TRUSTEE |
| Case Name: | 750 JEFFERSON AVENUE LLC | Date Filed (f) or Converted (c):    07/17/09 (c) |
| | | 341(a) Meeting Date:    08/21/09 |
| | | Claims Bar Date:    11/19/09 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets have been fully administered.  Case closing is in process.

Initial Projected Date of Final Report (TFR): 07/15/10        Current Projected Date of Final Report (TFR): 11/25/13

LFORM1

Ver: 17.03a

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-14451 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | 750 JEFFERSON AVENUE LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9103 EPI-NB GENERAL |
| Taxpayer ID No: | *******4929 | | |
| For Period Ending: | 09/30/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/15/09 | 6 | Alton Michigan LLC | Settlement, Pursuant to STIPULATION OF SETTLEMENT WITH DARIO BORTNICK, DEBORA BORTNIK, ZEAL TRADE, INC. AND ZEAL CARGO CORPORATION, DATED 12/15/99; ORDER AUTHORIZING SETTLEMENT, DATED 1/13/00 | 1241-000 | 5,000.00 | | 5,000.00 |
| 12/22/09 | 1 | Alton Michigan LLC | Carve Out, Pursuant to the Final Order Approving the Sale, 12/15/09 (D.E. #189) | 1110-000 | 135,000.00 | | 140,000.00 |
| 12/31/09 | 7 | Union Bank | INTEREST REC'D FROM BANK | 1270-000 | 7.80 | | 140,007.80 |
| 01/04/10 | | Transfer to Acct #*******9194 | TRANSFER TO WRITE CHECKS | 9999-000 | | 20,000.00 | 120,007.80 |
| 01/29/10 | 7 | Union Bank | Interest Rate  0.150 | 1270-000 | 15.70 | | 120,023.50 |
| 02/22/10 | | Transfer to Acct #*******9194 | TRANSFER TO WRITE CHECKS | 9999-000 | | 29,259.23 | 90,764.27 |
| 02/26/10 | 7 | Union Bank | Interest Rate  0.150 | 1270-000 | 13.20 | | 90,777.47 |
| 03/23/10 | | Transfer to Acct #*******9194 | TRANSFER TO WRITE CHECKS | 9999-000 | | 47,625.44 | 43,152.03 |
| 03/31/10 | 7 | Union Bank | Interest Rate  0.100 | 1270-000 | 10.01 | | 43,162.04 |
| 04/30/10 | 7 | Union Bank | Interest Rate  0.100 | 1270-000 | 3.54 | | 43,165.58 |
| 05/28/10 | 7 | Union Bank | Interest Rate  0.100 | 1270-000 | 3.30 | | 43,168.88 |
| | | | Page Subtotals | | 140,053.55 | 96,884.67 | |

LFORM24

Ver: 17.03a

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-14451 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | 750 JEFFERSON AVENUE LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9103  EPI-NB GENERAL |
| Taxpayer ID No: | *******4929 | | |
| For Period Ending: | 09/30/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/10 | 7 | Union Bank | Interest Rate  0.100 | 1270-000 | 3.89 | | 43,172.77 |
| 07/30/10 | 7 | Union Bank | Interest Rate  0.100 | 1270-000 | 3.72 | | 43,176.49 |
| 08/31/10 | 7 | Union Bank | Interest Rate  0.100 | 1270-000 | 3.78 | | 43,180.27 |
| 09/30/10 | 7 | Union Bank | Interest Rate  0.100 | 1270-000 | 3.54 | | 43,183.81 |
| 10/29/10 | 7 | Union Bank | Interest Rate  0.100 | 1270-000 | 3.42 | | 43,187.23 |
| 11/30/10 | 7 | Union Bank | Interest Rate  0.050 | 1270-000 | 2.01 | | 43,189.24 |
| 12/31/10 | 7 | Union Bank | Interest Rate  0.050 | 1270-000 | 1.83 | | 43,191.07 |
| 01/06/11 | 000101 | International Sureties, Ltd.<br>701 Poydras St., Ste. 420<br>New Orleans, LA  70139 | 2011 Chapter 7 Trustee Bond Number 016027932 ($0.80 per $1,000 on deposit as of November 30, 2010), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 34.55 | 43,156.52 |
| * 01/25/11 | | Transfer to Acct #*******9194 | TRANSFER TO WRITE CHECKS | 9999-003 | | 40.00 | 43,116.52 |
| * 01/25/11 | | Reverses Transfer on 01/25/11 | TRANSFER TO WRITE CHECKS | 9999-003 | | -40.00 | 43,156.52 |
| 01/25/11 | | Transfer to Acct #*******9194 | TRANSFER TO WRITE CHECKS | 9999-000 | | 80.00 | 43,076.52 |
| 01/31/11 | 7 | Union Bank | Interest Rate  0.000 | 1270-000 | 0.53 | | 43,077.05 |
| * 02/25/11 | 000102 | Sangiovese, LLC | Witness Fee, pursuant | 2990-004 | | 40.00 | 43,037.05 |
| | | | Page Subtotals | | 22.72 | 154.55 | |

LFORM24

Ver: 17.03a

FORM 2

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-14451 -RAM | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | 750 JEFFERSON AVENUE LLC | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******9103  EPI-NB GENERAL |
| Taxpayer ID No: | *******4929 | | | |
| For Period Ending: | 09/30/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | to Local Rule 2016-1(A)(g) | | | | |
| * 02/25/11 | 000103 | Florida Yachts International | Witness Fee, pursuant to Local Rule 2016-1(A)(g) | 2990-004 | | 40.00 | 42,997.05 |
| 02/25/11 | 000104 | Hop a Jet Worldwide Jet Charter, Inc. | Witness Fee, pursuant to Local Rule 2016-1(A)(g) | 2990-000 | | 40.00 | 42,957.05 |
| 02/25/11 | 000105 | Pathman Lewis | Witness Fee, pursuant to Local Rule 2016-1(A)(g) | 2990-000 | | 40.00 | 42,917.05 |
| 04/05/11 | 8 | Suntrust Bank | Balance in the account | 1229-000 | 546.06 | | 43,463.11 |
| * 06/03/11 | 000102 | Sangiovese, LLC | Stop Payment Reversal SA | 2990-004 | | -40.00 | 43,503.11 |
| * 06/03/11 | 000103 | Florida Yachts International | Stop Payment Reversal SA | 2990-004 | | -40.00 | 43,543.11 |
| 06/24/11 | 9 | Hop A Jet Worldwide Jet Charter, Inc. | Per Order, 6/9/11 (D.E. 263) | 1241-000 | 12,750.00 | | 56,293.11 |
| 09/26/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 137.66 | 56,155.45 |
| 10/10/11 | 10 | Harding Investments LLC DBA Beach Place Hotel | Payment Per Order, 9/27/11 ECF 271 | 1229-000 | 2,500.00 | | 58,655.45 |
| 10/10/11 | 10 | Harding Investments LLC DBA Beach Place Hotel | Payment Per Order, 9/27/11 ECF 271 | 1229-000 | 2,500.00 | | 61,155.45 |

Page Subtotals    18,296.06    177.66

LFORM24

Ver: 17.03a

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-14451 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | 750 JEFFERSON AVENUE LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9103  EPI-NB GENERAL |
| Taxpayer ID No: | *******4929 | | |
| For Period Ending: | 09/30/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 137.66 | 61,017.79 |
| 11/08/11 | 10 | Harding Investments LLC DBA Beach Place Hotel | Payment Per Order, 9/27/11 ECF 271 | 1229-000 | 2,500.00 | | 63,517.79 |
| 11/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 145.04 | 63,372.75 |
| 12/08/11 | 10 | Harding Investments LLC DBA Beach Place Hotel | Payment Per Order, 9/27/11 ECF 271 | 1229-000 | 2,500.00 | | 65,872.75 |
| * 12/22/11 | 000106 | Tabas, Freedman, Soloff, Miller & Brown, P.A. One Flagler Building 14 N.E. First Ave., Penthouse Miami, FL  33132 | Per Order, 12/19/11 (ECF 283) First Interim Application for Compensation Order Approving First Interim Application for Compensation and Reimbursement of Expenses to Accountant for Chapter 7 Trustee, 12/19/11 (ECF 283) | 3410-003 | | 10,782.80 | 55,089.95 |
| * 12/22/11 | 000106 | Tabas, Freedman, Soloff, Miller & Brown, P.A. One Flagler Building 14 N.E. First Ave., Penthouse Miami, FL  33132 | Per Order, 12/19/11 (ECF 283) made check payable to the Counsel of Trustee instead of Accountant | 3410-003 | | -10,782.80 | 65,872.75 |
| 12/22/11 | 000107 | Barry E. Mukamal Marcum LLP One SE Third Ave, 10th Floor Miami, FL  33131 | Per Order, 12/19/11 (ECF 283) First Interim Application for Compensation Order Approving First Interim Application for Compensation and Reimbursement of Expenses to Accountant for Chapter 7 Trustee, 12/19/11 (ECF 283) | 3410-000 | | 10,782.80 | 55,089.95 |
| | | | Page Subtotals | | 5,000.00 | 11,065.50 | |

LFORM24

Ver: 17.03a

FORM 2

Page: 5

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-14451 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | 750 JEFFERSON AVENUE LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9103  EPI-NB GENERAL |
| Taxpayer ID No: | *******4929 | | |
| For Period Ending: | 09/30/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/22/11 | 000108 | Barry E. Mukamal<br>Marcum LLP<br>One SE Third Ave, 10th Floor<br>Miami, FL  33131 | Per Order, 12/19/11 (ECF 283)<br>First Interim Application for Compensation<br>Order Approving First Interim Application for Compensation and Reimbursement of Expenses to Accountant for Chapter 7 Trustee, 12/19/11 (ECF 283) | 3420-000 | | 30.90 | 55,059.05 |
| 12/22/11 | 000109 | Tabas, Freedman, Soloff, Miller & Brown, P.A.<br>One Flagler Building<br>14 N.E. First Ave., Penthouse<br>Miami, FL  33132 | Per Order, 12/19/11 (ECF 282)<br>Second Interim Application for Compensation<br>Order Approving Second Interim Application for Compensation and Reimbursement of Expenses to Counsel for Chapter 7 Trustee, 12/19/11 (ECF 282) | 3110-000 | | 29,423.60 | 25,635.45 |
| 12/22/11 | 000110 | Tabas, Freedman, Soloff, Miller & Brown, P.A.<br>One Flagler Building<br>14 N.E. First Ave., Penthouse<br>Miami, FL  33132 | Per Order, 12/19/11 (ECF 282)<br>Second Interim Application for Compensation<br>Order Approving Second Interim Application for Compensation and Reimbursement of Expenses to Counsel for Chapter 7 Trustee, 12/19/11 (ECF 282) | 3120-000 | | 1,929.09 | 23,706.36 |
| 12/27/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 152.41 | 23,553.95 |
| 01/17/12 | 000111 | International Sureties, Ltd.<br>701 Poydras St., Ste. 420<br>New Orleans, LA  70139 | 2012 Chapter 7 Trustee Bond Number 016027932 ($0.80 per $1,000. on deposit as of November 30, 2011), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 50.70 | 23,503.25 |
| 01/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 149.96 | 23,353.29 |

Page Subtotals    0.00    31,736.66

LFORM24

Ver: 17.03a

FORM 2

Page: 6

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-14451 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | 750 JEFFERSON AVENUE LLC | Bank Name: | Union Bank |
|  |  | Account Number / CD #: | *******9103  EPI-NB GENERAL |
| Taxpayer ID No: | *******4929 |  |  |
| For Period Ending: | 09/30/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/12 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 56.54 | 23,296.75 |
| 03/26/12 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 56.54 | 23,240.21 |
| 04/10/12 | 11 | American Express | Per Order, 9/27/11 (ECF 272) Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement | 1249-000 | 40,000.00 |  | 63,240.21 |
| 04/25/12 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 56.54 | 63,183.67 |
| 05/25/12 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 120.46 | 63,063.21 |
| 06/25/12 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 154.87 | 62,908.34 |
| 07/18/12 | 12 | BANK OF AMERICA | Order Granting Motion to Approve Stipulation to Compromise Controversy Subject of Adv Proc 11-1810-BKC-RAM-A and Mutual General Release Between Trustee and Bank of America, 6/5/12 (ECF 295) | 1249-000 | 70,000.00 |  | 132,908.34 |
| 07/25/12 |  | Union Bank | BANK SERVICE FEE | 2600-000 |  | 154.87 | 132,753.47 |
| 08/01/12 |  | Bank of America N.A. | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement 06/05/12 ECF 295 |  | 80,000.00 |  | 212,753.47 |
|  | 12 |  | Memo Amount:           80,000.00 asset 12 | 1249-000 |  |  |  |
| 08/01/12 |  | Bank of America N.A. | Order Granting Trustee's Motion to |  | 55,000.00 |  | 267,753.47 |

Page Subtotals        245,000.00        599.82

Ver: 17.03a

LFORM24

**FORM 2**

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-14451 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | 750 JEFFERSON AVENUE LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9103  EPI-NB GENERAL |
| Taxpayer ID No: | *******4929 | | |
| For Period Ending: | 09/30/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 12 | | Approve Stipulation for Compromise and Settlement 06/05/12 ECF 295<br>Memo Amount:        55,000.00<br>asset 12 | 1249-000 | | | |
| 08/27/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 226.16 | 267,527.31 |
| 09/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 646.53 | 266,880.78 |
| 10/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 656.37 | 266,224.41 |
| 11/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 338.88 | 265,885.53 |
| 12/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 327.25 | 265,558.28 |
| 01/10/13 | 000112 | International Sureties, Ltd.<br>701 Poydras St., Ste. 420<br>New Orleans, LA  70139 | 2013 Chapter 7 Trustee Bond Number 016027932 ($0.80 per $1,000. on deposit as of November 30, 2012), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 212.71 | 265,345.57 |
| 01/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 337.72 | 265,007.85 |
| 02/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 338.09 | 264,669.76 |
| 03/13/13 | | Bank of America N.A. | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement 06/05/12 ECF 295 | | 45,000.00 | | 309,669.76 |
| | 12 | ASSET 12 | Memo Amount:        45,000.00 | 1249-000 | | | |

Page Subtotals        45,000.00        3,083.71

LFORM24

Ver: 17.03a

**FORM 2**

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-14451 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | 750 JEFFERSON AVENUE LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9103  EPI-NB GENERAL |
| Taxpayer ID No: | *******4929 | | |
| For Period Ending: | 09/30/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 355.70 | 309,314.06 |
| 04/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 429.94 | 308,884.12 |
| 05/28/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 444.78 | 308,439.34 |
| 06/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 459.01 | 307,980.33 |
| 07/05/13 | 13 | Eric P. Stein | Order Granting Trustee's Motion to Bank Serial #: 0 Approve Stipulation to Compromise Controversy and Mutual General Release Between Trustee and (A) Private Mortgage Services, (B) Metropolitan Mortgage Company, (C) Michigan Equity Fund, LLC, (D) Cavalier Mortgage Corp., and (E) Raijman Realty Inc. 6/4/13 (ECF 310) | 1249-000 | 40,000.00 | | 347,980.33 |
| 07/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 443.51 | 347,536.82 |
| 08/26/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 509.38 | 347,027.44 |

Page Subtotals   40,000.00   2,642.32

LFORM24

Ver: 17.03a

**FORM 2**

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-14451 -RAM |
| Case Name: | 750 JEFFERSON AVENUE LLC |
| Taxpayer ID No: | *******4929 |
| For Period Ending: | 09/30/13 |

| | |
|---|---|
| Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******9103  EPI-NB GENERAL |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 180,000.00 | COLUMN TOTALS | | 493,372.33 | 146,344.89 | 347,027.44 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 96,964.67 | |
| | | | | Subtotal | | 493,372.33 | 49,380.22 | |
| | | Memo Allocation Net: | 180,000.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 493,372.33 | 49,380.22 | |

Page Subtotals          0.00          0.00

Ver: 17.03a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 10

| Case No: | 09-14451 -RAM | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | 750 JEFFERSON AVENUE LLC | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******9194  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4929 | | | |
| For Period Ending: | 09/30/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/04/10 | | Transfer from Acct #*******9103 | TRANSFER TO WRITE CHECKS | 9999-000 | 20,000.00 | | 20,000.00 |
| 01/04/10 | 010001 | AmeriBid, LLC<br>9 Sabor de Sal Rd.<br>Saint Augustine, FL  32040 | Auctioneer No Sale Fee, pursuant to<br>Order, 12/15/09 (D.E. #189) | 3620-000 | | 20,000.00 | 0.00 |
| 02/22/10 | | Transfer from Acct #*******9103 | TRANSFER TO WRITE CHECKS | 9999-000 | 29,259.23 | | 29,259.23 |
| 02/22/10 | 010002 | City of Miami Beach<br>1700 Convention Center Dr<br>Miami Beach, FL 33139 | Full and final satisfaction of any<br>and all claims, pursuant to Order, 2/3/10 (D.E. #201) | 4800-000 | | 29,259.23 | 0.00 |
| 03/23/10 | | Transfer from Acct #*******9103 | TRANSFER TO WRITE CHECKS | 9999-000 | 47,625.44 | | 47,625.44 |
| 03/23/10 | 010003 | Tabas, Freedman, Soloff, Miller<br>& Brown, P.A.<br>One Flagler Building<br>14 N.E. First Ave., Penthouse<br>Miami, FL  33132 | First Interim Fees, Pursuant to<br>Order, 3/19/10 (D.E. #214) | 3110-000 | | 46,109.70 | 1,515.74 |
| 03/23/10 | 010004 | Tabas, Freedman, Soloff, Miller<br>& Brown, P.A.<br>One Flagler Building<br>14 N.E. First Ave., Penthouse<br>Miami, FL  33132 | First Interim Costs, Pursuan to<br>Order, 3/19/10 (D.E. #214) | 3120-000 | | 1,515.74 | 0.00 |
| *   01/25/11 | | Transfer from Acct #*******9103 | TRANSFER TO WRITE CHECKS | 9999-003 | 40.00 | | 40.00 |
| | | | Page Subtotals | | 96,924.67 | 96,884.67 | |

LFORM24

Ver: 17.03a

FORM 2

Page: 11

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-14451 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | 750 JEFFERSON AVENUE LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9194 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4929 | | |
| For Period Ending: | 09/30/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 01/25/11 | | Reverses Transfer on 01/25/11 | TRANSFER TO WRITE CHECKS | 9999-003 | -40.00 | | 0.00 |
| 01/25/11 | | Transfer from Acct #*******9103 | TRANSFER TO WRITE CHECKS | 9999-000 | 80.00 | | 80.00 |
| 01/25/11 | 010005 | Branch Banking and Trust Company | Witness Fee, pursuant to Local Rule 2016-1(A)(g) | 2990-000 | | 40.00 | 40.00 |
| 01/25/11 | 010006 | Ocean Bank | Witness Fee, pursuant to Local Rule 2016-1(A)(g) | 2990-000 | | 40.00 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 96,964.67 | 96,964.67 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 96,964.67 | 0.00 | |
| | | Subtotal | | 0.00 | 96,964.67 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 96,964.67 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 180,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | EPI-NB GENERAL - ********9103 | 493,372.33 | 49,380.22 | 347,027.44 |
| | | Checking Account (Non-Interest Earn - ********9194 | 0.00 | 96,964.67 | 0.00 |
| Total Memo Allocation Net: | 180,000.00 | | ---------- | ---------- | ---------- |
| | | | 493,372.33 | 146,344.89 | 347,027.44 |
| | | | ========== | ========== | ========== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    40.00    80.00

Ver: 17.03a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 12

| Case No: | 09-14451 -RAM | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | 750 JEFFERSON AVENUE LLC | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******9194  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4929 | | | |
| For Period Ending: | 09/30/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 17.03a

LFORM24